# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**CHRISTOPHER E. LEMON**

**v.**                                             **CIVIL NO.: 3:20-cr-00194 CWR**

**UNITED STATES OF AMERICA**

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

**THEODORE M. COOPERSTEIN, Assistant United States Attorney**
501 East Court Street, Suite 4.430, Jackson, Mississippi 39201
Telephone No.: 601.965.4480; Facsimile No.: 601.965.4409
Bar No.: 2236487 (NY)
Email Address: TCooperstein@usa.doj.gov

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel.

Dated:   September 30, 2020                      Respectfully submitted,

                                                 D. MICHAEL HURST, JR.
                                                 United States Attorney


                                       By:   /s/ Theodore M. Cooperstein
                                             THEODORE M. COOPERSTEIN
                                             Assistant United States Attorney
                                             501 East Court Street, Suite 4.430
                                             Jackson, Mississippi 39201
                                             Telephone No.: 601.965.4480
                                             Facsimile No.: 601.965.4409
                                             Bar No.: 2236487 (NY)

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system to all ECF participant(s) of this record and caused to be mailed via United States mail a file stamped copy of this Notice of Appearance to the defendant/petitioner at his Bureau of Prisons mailing address.

**Christopher E. Lemon, # 039391**
Madison County Detention Center
2935 Highway 51
Canton, Mississippi 39046
PRO SE

Dated:   September 28, 2020

/s/ Theodore M. Cooperstein
THEODORE M. COOPERSTEIN
Assistant United States Attorney